UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James Findley, *et al.*,

    Plaintiffs,

    v.

Keystone RV Company, *et al.*,

    Defendants.

Case No. 2:24-cv-3220

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiffs' claims against Defendant John Doe Corporation for failure to effect service. R&R, ECF No. 14. The R&R notified the parties of their right to object to the recommendation and that failure to timely object would forfeit the right to de novo review and the right to appeal the Undersigned's order adopting the R&R. *Id.*

Plaintiffs failed to timely object. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims against John Doe Corporation, pursuant to Federal Rule of Civil Procedure 4(m), for failure to serve. The Clerk shall **TERMINATE** John Doe Corporation as a party.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT